AUSA Samuel B. Cole (312) 353-4258

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

### AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Hon. Susan E. Cox |
| HELENA C. DURHAM | ) | No. 08 CR 610 |

The undersigned Affiant personally appeared before <u>SUSAN E. COX</u>, a United States Magistrate Judge, and being duly sworn on oath, states: That at <u>SOUTHERN DISTRICT OF IOWA</u>, one <u>HELENA C. DURHAM</u> was charged in an <u>indictment</u> with one count of violation of Sections <u>841(a)(1), 841(b)(1)(A)</u> of the United States Code, Title <u>21</u> and Section <u>2</u> of the United States Code, Title <u>18</u>, for the offense of <u>possession with the intent to distribute at least 5 kilograms of a mixture or substance which contained cocaine, a Schedule II controlled substance</u>; and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
James Laverty
Special Agent
U.S. Drug Enforcement Administration

Subscribed and Sworn to before me this
__31st__ day of _July, 2008._

_____
SUSAN E. COX
United States Magistrate Judge

FILED
JUL 3 1 2008 TC
7-31-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1

RECEIVED

JUL 1 6 2008

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 1:08-cr- 039 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| CORINTHIAN LEE BURNT and | ) | T. 18 U.S.C. § 2 |
| HELENA C. DURHAM, | ) | T. 21 U.S.C. § 841(a)(1) |
| | ) | T. 21 U.S.C. § 841(b)(1)(B) |
| Defendants. | ) | |

THE GRAND JURY CHARGES:

COUNT 1
(Possession with Intent to Distribute Cocaine)

On or about July 1, 2008, in the Southern District of Iowa, and elsewhere, defendants, CORINTHIAN LEE BURNT and HELENA C. DURHAM, did knowingly and intentionally possess with intent to distribute at least 5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL.

_____
FOREPERSON

Matthew G. Whitaker
United States Attorney

By:   /s/ Rachel J. Scherle
Rachel J. Scherle
Assistant United States Attorney

# United States District Court

| SOUTHERN | DISTRICT OF | IOWA |

UNITED STATES OF AMERICA

V.

HELENA C. DURHAM

**WARRANT FOR ARREST**

CASE NUMBER: 1:08-cr-039

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___HELENA C. DURHAM___
                                          Name
and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

possession with intent to distribute cocaine

in violation of Title _21_ United States Code, Sections _841(a)(1); 841(b)(1)(B)_.

_D. Vogel / Celeste F. Bremer_       Magistrate Judge, SDIA
Name of Issuing Officer                Title of Issuing Officer

_D. Vogel_                             July , 2008 Council Bluffs, Iowa
Signature of Issuing Officer           Date and Location

Bail fixed at $_____ by _____
                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/93) Warrant for Arrest