# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 610 - 1 | **DATE** | 7/31/2008 |
| **CASE TITLE** | USA vs. Helena Durham | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest 7/31/08. Steven R. Shanin is appointed to represent the defendant. Defendant waives identity hearing. Government's oral motion for detention is granted. Defendant to remain in custody pending detention hearing set for 8/1/08 at 11:30 a.m.

Docketing to mail notices.

00:20

| | | Courtroom Deputy Initials: | VKD |
|---|---|---|---|