# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 610 - 1 | DATE | 8/1/2008 |
| CASE TITLE | USA vs. Helena C. Durham | | |

**DOCKET ENTRY TEXT**

Case called for detention hearing. Bond hearing held. Order defendant removed to the U. S. District Court for the Southern District of Iowa. Enter Order Setting Conditions of Release.

Docketing to mail notices.

00:50

| | | Courtroom Deputy Initials: | VKD |
|---|---|---|---|