

UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604



**MICHAEL W. DOBBINS,**
**CLERK**

August 8, 2008

OFFICE OF THE CLERK

F I L E D
AUG 15 2008
Aug 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Ms. Marjorie E. Krahn
Clerk
United States District Court
Post Office Box 9344
Des Moines, IA 50306-9344

Re: U.S. -v- Helena Durham
Case: 08cr610-1

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

_X_ Docket Sheet              _X_ Affidavit in Removal

_x_ Order setting conditions of release     _x_ Appearance Bond

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
/s/ Ellenore Duff, Deputy Clerk